IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YOLANDA WOOD**, Administratrix of the Estate of Aaron Lee Simpson, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>**NATIONAL RAILROAD PASSENGER CORPORATION**, also known as **AMTRAK**,<br><br>Defendant. | CIVIL ACTION<br><br>No. 18-1886 |

## ORDER

**AND NOW**, this 21st day of August, 2020, upon consideration Defendant National Railroad Passenger Corporation's "Motion for Summary Judgment" (ECF No. 22), Plaintiff's response thereto (ECF No. 30), Defendant's "Motion to Preclude Testimony of Plaintiff's Expert Richard Beall" (ECF No. 26), and Plaintiff's response thereto (ECF No. 31), it is hereby **ORDERED** that, based on the reasons discussed in the accompanying Memorandum Opinion, Defendant's motion (ECF No. 22) is **GRANTED in part** and **DENIED in part** as follows:

1. Defendant's motion is **GRANTED** regarding Defendant's allegedly negligent conduct.

2. Defendant's motion is **GRANTED** regarding Defendant's alleged failure to train Engineer Wilson.

3. Defendant's motion is **GRANTED** regarding Defendant's alleged failure to erect fencing along its right-of-way.

4. Defendant's motion is **DENIED** regarding Defendant's allegedly wanton conduct.

5. Defendant's motion is **GRANTED** regarding the allegedly excessive speed of Defendant's train.

6. Defendant's motion is **DENIED** regarding Plaintiff's allegedly wanton conduct.

7. Defendant's motion is **GRANTED** regarding Plaintiff's claim for punitive damages.

**It is further ORDERED** that Defendant's motion to preclude the testimony of Richard Beall (ECF No. 26) is **DENIED without prejudice**. Defendant may raise this issue, if necessary, before trial.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**